IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MADONNA BUSTILLOS, FRANCISCO CONTRERAS, CONCEPCION T. HERNANDEZ, MARTHA S. JIMENEZ and AMANDA VOGELSANG-WOLF, on behalf of themselves and all others similarly situated,

      Plaintiffs,

vs.                                                             No. CIV 13-0971 JB/GBW

BOARD OF COUNTY COMMISSIONERS OF HIDALGO COUNTY,

      Defendant.

## MEMORANDUM OPINION AND ORDER

**THIS MATTER** comes before the Court on the Defendant's Notice of Appeal, filed October 2, 2015 (Doc. 61). On September 2, 2015, the Court entered one Order, (Doc. 58)("Jimenez Order"), granting the requests in Defendant's Motion and Memorandum for Summary Judgment on all of Plaintiff Martha S. Jimenez's Claims, filed November 12, 2014, (Doc. 40), and another Order, (Doc. 59)("Vogelsang-Wolf Order"), granting the requests in Defendant's Motion and Memorandum for Summary Judgment on all of Plaintiff Amanda Vogelsang-Wolf's Claims, filed November 12, 2014 (Doc. 41). The Court considers the Jimenez Order and the Vogelsang-Wolf Order to be interlocutory and subject to change. The Court did not enter a final judgment under rule 58 of the Federal Rules of Civil Procedure. In both the Jimenez Order and the Vogelsang-Wolf Order, the Court stated that it would "at a later date issue a memorandum opinion more fully detailing its rationale for this decision." Jimenez Order at 1 n.1; Vogelsang-Wolf Order at 1 n.1. The Court is still working through the issues in the two

promised opinions. Until the Court issues the promised memorandum opinions, its decision is not final.

**IT IS ORDERED** that the Court's Order, filed September 2, 2015 (Doc. 58), and Order, filed September 2, 2015 (Doc. 59), were interlocutory and are not final.

UNITED STATES DISTRICT JUDGE

*Counsel*:

Shane C. Youtz
James A. Montalbano
Stephen Curtice
Youtz & Valdez, P.C.
Albuquerque, New Mexico

*Attorneys for the Plaintiffs*

Agnes F. Padilla
Felicia C. Boyd
Butt Thornton & Baehr, P.C.
Albuquerque, New Mexico

*Attorneys for the Defendant*